# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> CARL CHESTER, ) <br> Defendant. ) <br> _____ ) | 2:06-CR-309-RCJ-PAL <br><br> **MINUTE ORDER** |

Currently before the Court are Petitioner Carl Chester's Motion to Vacate Under 28 U.S.C. § 2255 (#248), Motion for Leave to Seek Resolution in § 2255 Proceedings (#249), Motion to File Amendment to 28 U.S.C. § 2255 Motion (#252), Motion for Leave of Court to File a Supplemental Brief Under Rule 15(d) (#253), and Motion for Partial Summary Judgment (#254).

The Court directs the Government to file an omnibus response to these motions within 45 days from the date of this order.

**CONCLUSION**

IT IS ORDERED that the Government shall file an omnibus response to Petitioner Carl Chester's motions #248, 249, 252, 253, and 254 within 45 days from the date of this order.

Dated this 19th day of November, 2013.

_____
United States District Judge